UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>) Criminal Action<br>) No. CR06-214M-01 (AK)<br>v. )<br>)<br>LEONARDO FUENTES, *et al.*, )<br>)<br>Defendants. )<br>)<br>_____ ) | **FILED**<br><br>MAY 3 0 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

This matter comes before the Court on *the Defendant Fuentes Emergency Oral Motion for Modification of Defendant's Place of Confinement of the May 30, 2006*. Upon consideration of the Defendant's representation and proffer of pertinent facts, and in consideration that Counsel for the government consents to the motion, and consideration of the entire record of this case, and it appearing that the relief sought the Defendant is in the interest of justice and necessary to assure the safety of the Defendant, it is HEREBY,

ORDERED: That the United States Marshal Service transport Leonardo Fuentes _____ from the U.S. District Court directly to the ~~Central~~ *Correctional* Treatment Facility and that the D.C. Department of Corrections, through its contract agent, the Corrections Corporation of America, house him separate and apart from all persons who might do him harm, until his return to Court on June 15, 2006.

*IT IS SO ORDER:*

DATE: May 30, 2006

_____
Signature of Judicial Officer