AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

OCT 03 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Leonardo Fuentes

**WAIVER OF INDICTMENT**

SEALED

CASE NUMBER: 06-252

I, _Leonardo Fuentes_, the above named defendant who is accused of

_Unlawful Possession with intent to distribute 500 grams or more of Cocaine, in violation of 21 USC 841(a)(1) and 841(b)(1)(B)(ii)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _10/3/06_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Leonardo Fuentes_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer